UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                          CASE NO.:  15-25104-BKC-AJC
                                                                                                 Chapter 7
**FRANCISCO J ESPINOZA**
SSN: XXX-XX-9958

_____Debtor(s)._____/

## TRUSTEE'S MOTION TO COMPEL TURNOVER
## OF (A) NON-EXEMPT PROPERTY AND (B) DOCUMENTS

Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Francisco J Espinoza (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 541 and 542 of the Bankruptcy Code, files this Motion to Compel Debtor to Turnover of (A) Non-Exempt Property and (B) Documents (the "Motion"), and in support thereof, states as follows:

1. This case commenced with the filing of a voluntary Chapter 7 Petition by the Debtor, Francisco J Espinoza on August 20, 2015.  Joel L. Tabas is the duly appointed Chapter 7 Trustee.

2. The Debtor' Schedule "B" lists a variety of personal property including, but not limited to, (a) various household good and furnishings more particularly described on line 4 of the Debtor's Schedule "B" with an aggregate scheduled value of $1,195.00 (the "HHG"); (b) a 1994 Ford Explorer with a scheduled value of $1,800 (the "Ford"); and (c) a 2001 Chevrolet Impala with a scheduled value of $1,150.00 (the "Chevrolet") (collectively, the "Scheduled Property").  In addition, the Debtor may receive a Federal Income Tax Refund for the period through the Petition Date (the "Refund").  The Scheduled Property and the Refund shall be collectively referred to as the ("Property").

3. The Debtor claimed a portion of the Property as exempt.

4. Based on a review of the documents provided and other salient information, the Trustee asserts that a portion of the Property may be undervalued.

5. On or about October 8, 2015, the Trustee requested all pages of the Debtor's 2014 tax return (the "Document"). The Debtor has failed to produce same.

6. The Debtor's non-exempt interest in the Property and the Documents are property of the estate pursuant to 11 U.S.C. §541 and subject to turnover.

7. The Debtor's failure to either: (a) repurchase his non-exempt interest in the Property; or (b) turn over his non-exempt interest in the Property to the Trustee is prejudicing the Trustee's administration of this Estate.

8. Accordingly, the Trustee seeks entry of an order compelling the Debtor to turn over the Documents and either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase his non-exempt interest in the Property; or (b) immediately turn over the non-exempt portion of the Property to the Trustee.

**WHEREFORE**, Joel L. Tabas, as Chapter 7 Trustee of the Bankruptcy Estate of Francisco J Espinoza, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) directing the Debtor to turn over the Documents and either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase his non-exempt interest in the Property; or (b) immediately turn over the non-exempt portion of the Property to the Trustee; and (3) granting such other and further relief as this Court deems just and proper.

Case No. 15-25104-BKC-AJC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on December 16, 2015, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the following:

Francisco J Espinoza
13651 SW 79TH STREET
Miami, FL 33183-4106

          Respectfully submitted,

          /s/ Jessika A. Graham
          Jessika A. Graham
          Fla. Bar No. 72452
          Joel L. Tabas
          Fla. Bar No. 516902
          Tabas, Freedman & Soloff, P.A.
          Attorneys for Trustee, Joel L. Tabas
          One Flagler Building
          14 Northeast First Avenue - PH
          Miami, Florida  33132
          Telephone:  (305) 375-8171
          Facsimile:  (305) 381-7708
          Jtabas@tabasfreedman.com